IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERRY F. STRAHAN, II,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.               No. 10-CV-950-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 31, 2012, Petitioner's claims are **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:      /s/*Sara Jennings*
                              **Deputy Clerk**

Dated: October 31, 2012

Digitally signed by David R. Herndon
Date: 2012.10.31 11:11:22 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT